# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re   Gerald Payne Davis
      Robin Derine Davis

Case No: 13-70418-SCS

Debtor(s)

Chapter: 13

Plaintiff(s)

AP No: _____
*(if applicable)*

Defendant(s)

## ORDER DISMISSING PLEADING OR ADVERSARY PROCEEDING

For failure of the moving party to prosecute the following matter or proceeding to a conclusion as set forth in the Notice of Failure to Prosecute and pursuant to the provisions of Local Bankruptcy Rule 9022-1(F):

Notice and Motion for Relief from Stay Re: 1236 Exchange Road, Suffolk, VA 23434

It is, therefore, ORDERED that the pleading or adversary proceeding be dismissed; and it is further

ORDERED that the Clerk shall forward a copy of this order to the attorney for the moving party, the attorney for any other party to the matter or proceeding, the attorney for the debtor and the trustee.

Date: Apr 26 2018

/s/ Stephen C. St.John
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: Apr 26 2018

[orderdisplea ver: 12/09]