# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

IN RE:                                          CASE NO.   13-70418-SCS
                                                CHAPTER 13
Gerald Payne Davis
Robin Derine Davis                              JUDGE:  STEPHEN C. ST. JOHN

      DEBTORS                         **NOTICE OF FINAL CURE PAYMENT**


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee,  files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  Federal National Mortgage Association

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 14 | 9390 | $177,808.37 | $1,282.26 | $1,282.26 |
| Total Amount Paid by Trustee | | | | $1,282.26 |

---

**Monthly Ongoing Mortgage Payment**

**Mortgage is Paid:**

_____  **Through the Chapter 13 Conduit** _____**X**_____  **Direct by the Debtors**

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtors,  debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtors have paid in full the amount required to cure the default on the claim; and 2) whether the debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO.  13-70418-SCS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by certified mail as required, otherwise by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 30th day of April, 2018.

Gerald Payne Davis, Robin Derine Davis, 1236 Exchange Road, Suffolk, VA  23434

ELECTRONIC SERVICE - Steve C Taylor, Esquire, Law Offices of Steve C Taylor, PC, 133 Mt Pleasant Road, Chesapeake, VA  23322

Federal National Mortgage Association, c/o Seterus Inc, PO Box 1047, Hartford, CT  06143-1047

Timothy J Mayopoulos, CEO & President of FNMA, 3900 Wisconsin Ave NW, Washington, DC 20016-2892

Jon M. Ahern, Esq., Sykes, Bourdon, Ahern, Levy PC, 281 Independence Blvd Pembroke 1 Bldg 5th Fl, Virginia Beach, VA  23462

ELECTRONIC SERVICE - United States Trustee

Date:  April 30, 2018                              /s/  R. Clinton Stackhouse, Jr.

                                                  Chapter 13 Trustee
                                                  7021 Harbour View Boulevard, Suite 101
                                                  Suffolk, VA 23435
                                                  (757) 333-4000