# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

In re:  
GERALD PAYNE DAVIS  
and ROBIN DERINE DAVIS,

Debtors.

Case No. 13-70418-SCS  
Chapter 13

## NOTICE OF HEARING

R. Clinton Stackhouse, Jr., Chapter 13 Trustee has filed an Notice of Final Cure Payment pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f) (**Docket Entry #47**) with regard to the secured claim of Federal National Mortgage Association (the "**Creditor**"), with the Creditor having filed a response indicating that the Debtors are not current on their post-petition mortgage obligations (**Docketed under Claim #14-1**).

Pursuant to Local Standing Order 16-1, a hearing will be held to determine whether all required post-petition payments have been made.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you want the Court to consider your views of the Trustee's Notice of Final Cure Payment, and the response filed on behalf of the Creditor, then on or before **Thursday, July 26, 2018**, you or your attorney must file with the Court a written reply pursuant to Local Bankruptcy Rule 9013-1(H) and:

## ATTEND THE HEARING:

at  United States Bankruptcy Court         on    August 2, 2018 at 10:00 a.m.  
    600 Granby Street, 4th Floor  
    Courtroom 1  
    Norfolk, Virginia 23510

R. Clinton Stackhouse, Jr. VSB No. 19358  
Chapter 13 Trustee  
7021 Harbour View Blvd., Ste. 101  
Suffolk, VA 23435  
(757) 333-4000 Telephone  
(757) 333-3434 Facsimile

You must also mail your written reply to:

Clerk of Court
United States Bankruptcy Court
600 Granby Street, Room 400
Norfolk, VA  23510

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Blvd., Ste. 101
Suffolk, VA 23435

Steve C. Taylor, Esquire
Counsel for the Debtors
133 Mt. Pleasant Road
Chesapeake, VA 23322

Lauren French, Esquire
Counsel for Creditor
BWW Law Group, LLP
8100 Three Chopt Road, Ste. 240
Richmond, VA 23229

                                        R. Clinton Stackhouse, Jr.
                                        Chapter 13 Trustee

                                        */s/ R. Clinton Stackhouse, Jr.*
                                        _____

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 11th day of June, 2018, I will electronically file the foregoing Notice with the Clerk using the CM/ECF system, which will then send electronic notification of such filing to Steve C. Taylor, Esquire, counsel for the Debtors, Lauren French, Esquire, counsel for Creditor, and all parties in interest who request such service, and that a true copy was mailed, first class, postage prepaid to:

Gerald Payne Davis
1236 Exchange Road
Suffolk, VA 23434

Robin Derine Davis
1236 Exchange Road
Suffolk, VA 23434

Lauren French, Esquire
BWW Law Group, LLP
8100 Three Chopt Road, Ste. 240
Richmond, VA 23229

Federal National Mortgage Association
c/o Seterus, Inc.
P.O. Box 4128
Beaverton, OR 97076

United States Trustee
200 Granby Street, #625
Norfolk, VA 23510            */s/ R. Clinton Stackhouse, Jr.*
                   _____